[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
Both parties have urged the court to resolve this matter, which has been pending for over thirteen years,[1] based on the defendant's motion for summary judgment. However, the plaintiff, in its five-year old memorandum in opposition to defendant's motion for summary judgment, argues that "whether the airport is being operated for the purpose of making a profit is a genuine issue of a material act. Therefore, summary judgment should not enter."
At this juncture, the plaintiff is correct. If the parties are truly desirous of a summary disposition in a case of this nature, they must submit either a stipulation of material factsor an agreed upon submission of documentary evidence, includingaffidavits. Otherwise, there must be a trial.
BY THE COURT
Bruce L. Levin
Judge of the Superior Court